Brian R. KAMLER, Plaintiff—
Appellant,

v.

Jake DANCY;  United States Soccer
Federation, Inc., Defendants—
Appellees.

No. 00–55095.
D.C. No. CV–99–00095–DOC.

United States Court of Appeals,
Ninth Circuit.

Submission Deferred July 10, 2001.

Submitted Aug. 13, 2001.

Decided Aug. 16, 2001.

Before RYMER and RAWLINSON,
Circuit Judges, and POGUE, Judge *.

ORDER **

Pursuant to the stipulation of the parties, the appeal is dismissed pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

A certified copy of this order shall serve as the mandate of this court.

---

\* Honorable Donald C. Pogue, United States Court of International Trade Judge, sitting by designation.

\*\* This order is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.